UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT,<br><br>Plaintiff,<br><br>v.<br><br>GE TRANSPORTATION SYSTEMS,<br><br>Defendant. | No. C-06-3749 SC<br><br>ORDER OF <u>DISQUALIFICATION</u> |

I, the undersigned Judge of the Court, finding myself disqualified in the above-entitled action within the meaning of General Order 44(E)(2) of the Assignment Plan of this Court, request that this case be reassigned.

**IT IS SO ORDERED.**

Dated: September <u>13</u>, 2006

_____
UNITED STATES DISTRICT JUDGE