IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO BAY AREA RAPID TRANSIT,<br><br>   Plaintiff,<br><br>   v.<br><br>GE TRANSPORTATION SYSTEMS GLOBAL SIGNALING LLC,<br><br>   Defendant. | No. C 06-03749 JSW<br><br>**ORDER SETTING BRIEFING SCHEDULE ON MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT** |

This matter is set for hearing on December 15, 2006, on Defendants' motion to dismiss or, in the alternative, for a more definite statement. The Court HEREBY ORDERS that Plaintiff's opposition shall be due by October 27, 2006. Defendants' reply shall be due by November 3, 2006.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: October 6, 2006

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE