IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT,<br><br>    Plaintiff,<br><br>  v.<br><br>GE TRANSPORTATION SYSTEMS GLOBAL SIGNALING, LLC and DOE 1 through DOE 100, inclusive,<br><br>    Defendants.<br>_____/ | No. C 06-3749 JSW<br><br>**ORDER VACATING HEARING DATE** |

Pursuant to the parties' stipulation withdrawing the motion to dismiss or, in the alternative, for more definite statement, the hearing set for December 15, 2006 is HEREBY VACATED.

**IT IS SO ORDERED.**

Dated: December 14, 2006

                                                            JEFFREY S. WHITE
                                                         UNITED STATES DISTRICT JUDGE