| | |
|---|---|
| 1 | James A. Bruen (State Bar No. 43880) |
| 2 | Charles M. Sink (State Bar No. 078168)<br>Carl E. Switzer (State Bar No. 211858) |
| 3 | Arjun Agarwal (State Bar No. 233576)<br>Farella Braun & Martel LLP |
| 4 | 235 Montgomery Street, 17th Floor<br>San Francisco, CA 94104 |
| 5 | Telephone: (415) 954-4400<br>Facsimile: (415) 954-4480 |
| 6 | Attorneys for Defendant |
| 7 | GE TRANSPORTATION SYSTEMS GLOBAL<br>SIGNALLING, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT,<br><br>Plaintiff,<br><br>vs.<br><br>GE TRANSPORTATION SYSTEMS GLOBAL SIGNALLING, LLC, and DOE 1 through DOES 100, inclusive,<br><br>Defendant. | Case No. C 06-3749 JSW<br><br>[PROPOSED] ORDER TO RESCHEDULE CASE MANAGEMENT CONFERENCE |

For good cause appearing hereto, the stipulated request of Plaintiff BAY AREA RAPID TRANSIT DISTRICT and Defendant GE TRANSPORTATION SYSTEMS GLOBAL SIGNALLING, LLC, for an order to reschedule the Case Management Conference is hereby GRANTED.

IT IS HEREBY ORDERED that the Case Management Conference in this action is rescheduled to January 19, 2007, at 1:30 p.m., in Courtroom 2, 17th floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California.

DATED: December 18, 2006

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

[PROPOSED] ORDER TO RESCHEDULE CMC
C 06-3749 JSW

18972\1134584.1