1  James A. Bruen (State Bar No. 043880)
   Charles M. Sink (State Bar No. 078168)
2  Carl E. Switzer (State Bar No. 211858)
   Arjun Agarwal (State Bar No. 233576)
3  Farella Braun & Martel LLP
   235 Montgomery Street, 17th Floor
4  San Francisco, CA 94104
   Telephone: (415) 954-4400
5  Facsimile: (415) 954-4480

6  Attorneys for Defendant
   GE TRANSPORTATION SYSTEMS GLOBAL
7  SIGNALING, LLC

8

9  UNITED STATES DISTRICT COURT

10 NORTHERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT,<br><br>Plaintiff,<br><br>vs.<br><br>GE TRANSPORTATION SYSTEMS GLOBAL SIGNALING, LLC, and DOE 1 through DOE 100, inclusive,<br><br>Defendants. | Case No. C 06 3749 JSW<br><br>**[PROPOSED]** ORDER GRANTING PLAINTIFF LEAVE TO FILE SECOND AMENDED COMPLAINT<br><br>Complaint Filed: June 13, 2006<br>Trial Date: Not set |

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

ORDER GRANTING LEAVE TO AMEND / Case No. C 06 3749 JSW
-1-
18972\1134104.1

Having considered the Stipulation to Withdraw Motion to Dismiss or, In the Alternative, For More Definitive Statement submitted by Defendant GE TRANSPORTATION SYSTEMS GLOBAL SIGNALING, LLC ("GE") and Plaintiff SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT ("BART"), and for good cause appearing therefore, IT IS HEREBY ORDERED THAT:

1. BART shall have leave to amend in order that it may file a Second Amended Complaint for the sole purpose of omitting its allegations of fictitious defendants;

2. BART's Second Amended Complaint must be filed no later than December 22, 2006;

3. BART's Second Amended Complaint shall contain no new allegations against GE, shall name no parties not named in the Amended Complaint, and may differ from the Amended Complaint only with respect to the deletion of Paragraph 3, reformatting and, should BART desire, correction to the numbering of its existing Counts; and

4. GE will not file any Rule 12 motion challenging such Second Amended Complaint and must file an answer to the Second Amended Complaint no later than 30 days from the date that it is served upon GE.

**IT IS SO ORDERED.**

DATED: December 18, 2006

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

ORDER GRANTING LEAVE TO AMEND / Case No. C 06 3749 JSW - 2 -

18972\1134104.1