James A. Bruen (State Bar No. 43880)
Charles M. Sink (State Bar No. 078168)
Carl E. Switzer (State Bar No. 211858)
Arjun Agarwal (State Bar No. 233576)
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Defendant and Counterclaimant
GE TRANSPORTATION SYSTEMS GLOBAL
SIGNALING, LLC

John W. Crowley (State Bar No. 039041)
Robert B. Stringer (State Bar No. 056148)
Crowley, Stringer & Fenske LLP
456 Montgomery Street, 17th Floor
San Francisco, CA 94104-1250
Telephone: (415) 989-1100
Facsimile: (415) 421-6651
E-mail: jcrowley@crowleysf.com

Attorneys for Plaintiff and Counterdefendant
SAN FRANCISCO BAY AREA RAPID
TRANSIT DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT,<br><br>Plaintiff,<br><br>vs.<br><br>GE TRANSPORTATION SYSTEMS GLOBAL SIGNALING, LLC,<br><br>Defendant. | Case No. C 06 3749 JSW<br><br>**STIPULATION AND ORDER REGARDING INADVERTENT PRODUCTION OF DOCUMENTS AND ELECTRONIC STORED INFORMATION** |
| AND RELATED COUNTERCLAIM | |

STIPULATION AND ORDER RE:INADVERTENT
PRODUCTION - C 06 3749 JSW

18972\1354375.3

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

The parties acknowledge that during the course of discovery in this action certain documents and electronically stored information may be disclosed inadvertently that are subject to the attorney-client privilege, the work-product doctrine, other statutory immunities and privileges, or that are otherwise protected from disclosure. This Order will govern the inadvertent disclosure of such information.

The Parties hereby stipulate and agree that this Court should issue an Order as follows:

1.1 "Protected Information" shall include information or tangible things protected from disclosure either under applicable legal privileges, doctrines or immunities, including, but not limited to, the attorney-client privilege (Cal. Evid. Code §§950-962), the attorney work product doctrine (F.R.Civ.P. 26 (b) (3)), the trade secret privilege (Cal. Evid. Code sections 1060-61), agreement of the parties (including contractual agreements of confidentiality, or stipulations that materials prepared for or in the course of settlement discussions would not be discoverable) or other statutory immunities and privileges, together with any information copied or extracted therefrom, copies, excerpts, summaries, or compilations thereof, plus testimony, conversations, or presentations by parties or counsel to or in court or in other settings that might reveal Protected Information.

1.2 The inadvertent production of Protected Information or the production of Protected Information without designating its confidentiality shall not effect a waiver of the statutory or other protected status of such material. Such production of Protected Information shall be presumed to be the result of inadvertence, and no party producing Protected Information shall be obligated to prove that its inadvertent production of Protected Information was excusable to invoke the protections of this Stipulated Order.

1.3 If a party becomes aware that it received Protected Information, or information that may be Protected Information, in the course of discovery, whether through its own discovery of such Protected Information, notice from another Party, or otherwise, it shall immediately:

(a) Cease further review, dissemination, copying or other use or disclosure of the Protected Information;

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND ORDER RE:INADVERTENT
PRODUCTION - C 06 3749 JSW

- 2 -

18972\1354375.3

(b) Advise the party that produced the Protected Information of the extent of its review of the contents of the Protected Information; and

(c) Return, or at the option of the producing party, destroy the Privileged Information.

1.4 If the party receiving Protected Information disputes the privileged status of the Privileged Information, it may, after its prompt return of such information to the producing party, file a motion with the discovery special master for the production of such information.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: October 11, 2007

FARELLA BRAUN + MARTEL, LLP

By: /s/ Charles M. Sink
Charles M. Sink

Attorneys for Defendant and Counterclaimant
GE TRANSPORTATION SYSTEMS
GLOBAL SIGNALING, LLC

DATED: October 9, 2007

CROWLEY, STRINGER, FENSKE LLP

By: /s/ Robert B. Stringer
Robert B. Stringer

Attorneys for Plaintiff and Counterdefendant
SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: October 16, 2007

/s/ Jeffrey S. White
Hon. Jeffrey S. White
United States District/Magistrate Judge

STIPULATION AND ORDER RE:INADVERTENT PRODUCTION - C 06 3749 JSW

- 3 -

18972\1354375.3

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400