JOHN W. CROWLEY - SB# 039041
ROBERT B. STRINGER - SB# 056148
CROWLEY, STRINGER & FENSKE LLP
456 Montgomery Street - 17th Floor
San Francisco, California 94104-1250
Telephone: (415) 989-1100
Facsimile:  (415) 421-6651
E-mail: jcrowley@crowleysf.com

Attorneys for Plaintiff SAN FRANCISCO
BAY AREA RAPID TRANSIT DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>GE TRANSPORTATION SYSTEMS GLOBAL SIGNALING, LLC, and DOE 1 through DOE 100, inclusive,<br><br>　　　　　　　　　Defendants. | CASE NO. CV-06-03749 JSW<br><br>STIPULATION AND ORDER PERMITTING PLAINTIFF TO FILE AND SERVE THIRD AMENDED COMPLAINT<br><br>Complaint Filed: June 13, 2006<br><br>Trial Date: April 13, 2009 |

THE PARTIES HEREBY STIPULATE, through counsel, that plaintiff San Francisco Bay Area Rapid Transit District may file a Third Amended Complaint and serve it on defendant GE Transportation Systems Global Signaling, LLC. The pleading shall be in the form of the Proposed Third Amended Complaint that is marked Exhibit A and attached to this Stipulation. The plaintiff must file and serve the new pleading promptly after the court signs an order permitting such filing and service. The defendant may file its response to the Third Amended Complaint within thirty days of such service.

CROWLEY, STRINGER & FENSKE LLP
456 Montgomery Street
17th Floor
San Francisco, CA 94104
(415) 989-1100

STIPULATION AND ORDER PERMITTING FILING & SERVICE OF THIRD AMENDED COMPLAINT
CASE NO. CV-06-03749 JSW

DATED: February 26, 2008

Farella Braun & Martel LLP

By: _____
Charles M. Sink, Attorneys for Defendant
GE TRANSPORTATION SYSTEMS
GLOBAL SIGNALING, LLC

DATED: February 20, 2008

Crowley, Stringer & Fenske LLP

By: _____
Robert B. Stringer, Attorneys for Plaintiff
SAN FRANCISCO BAY AREA RAPID
TRANSIT DISTRICT

ORDER

Pursuant to the stipulation of the parties, it is so ordered.

DATED:

Dated: February 29, 2008

_____
HON. JEFFREY S. WHITE
JUDGE OF THE U.S. DISTRICT COURT

CROWLEY, STRINGER
& FENSKE LLP
456 Montgomery Street
17th Floor
San Francisco, CA 94104
(415) 989-1100

- 2 -

STIPULATION AND ORDER PERMITTING FILING & SERVICE OF THIRD AMENDED COMPLAINT
CASE NO. CV-06-03749 JSW