John W. Crowley (State Bar No. 039041)
Robert B. Stringer (State Bar No. 056148)
Crowley, Stringer & Fenske LLP
456 Montgomery Street - 17th Floor
San Francisco, California 94104-1250
Telephone: (415) 989-1100
Facsimile: (415) 421-6651
E-mail: jcrowley@crowleysf.com
Attorneys for Plaintiff SAN FRANCISCO BAY
AREA RAPID TRANSIT DISTRICT

James A. Bruen (State Bar No. 43880)
Charles M. Sink (State Bar No. 078168)
Carl E. Switzer (State Bar No. 211858)
Arjun Agarwal (State Bar No. 233576)
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
Attorneys for Defendant GE TRANSPORTATION
SYSTEMS GLOBAL SIGNALLING, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT,<br><br>Plaintiff,<br><br>vs.<br><br>GE TRANSPORTATION SYSTEMS GLOBAL SIGNALING, LLC,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIM | Case No. C 06 3749 JSW<br><br>**~~PROPOSED~~ ORDER ENFORCING WAIVER OF PROTECTION OF CONFIDENTIALITY AGREEMENTS**<br><br>Complaint Filed: June 13, 2006<br>Trial Date: October 5, 2009 |

THE PARTIES HAVING ENTERED INTO A STIPULATION to waive the protection of certain confidentiality agreements that they executed before this action was filed,

1  IT IS HEREBY ORDERED THAT:

2      1. Plaintiff/counterdefendant SAN FRANCISCO BAY AREA RAPID TRANSIT
3  DISTRICT and defendant/counterclaimant GE TRANSPORTATION SYSTEMS - GLOBAL
4  SIGNALING have waived the protection of the confidentiality agreements that the parties
5  executed in July 2003, February 2004, July 2004, March 2005 and May 2005, so that all
6  evidentiary and discovery issues in this action will be resolved as though the confidentiality
7  agreements were never executed.

8      2. The foregoing waiver will inure to the benefit of and is binding upon the parties, their
9  assignees and successors-in-interest.

10     DATED: August 29, 2008

14 HON. JEFFREY S. WHITE
    JUDGE OF THE U.S. DISTRICT COURT