John W. Crowley (State Bar No. 039041)
Robert B. Stringer (State Bar No. 056148)
Mark D. Fenske (State Bar No. 160640)
Crowley, Stringer & Fenske LLP
456 Montgomery Street, 17th Floor
San Francisco, CA 94104-1250
Telephone: (415) 989-1100
Facsimile: (415) 421-6651
E-mail: jcrowley@crowleysf.com

*Additional Counsel on Signature Page*

Attorneys for Plaintiff/Counterdefendant
SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT

James A. Bruen (State Bar No. 43880)
Charles M. Sink (State Bar No. 078168)
Carl E. Switzer (State Bar No. 211858)
Arjun Agarwal (State Bar No. 233576)
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
E-mail: jbruen@fbm.com

Attorneys for Defendant/Counterclaimant
GE TRANSPORTATION SYSTEMS GLOBAL SIGNALING, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT,<br><br>Plaintiff,<br><br>vs.<br><br>GE TRANSPORTATION SYSTEMS GLOBAL SIGNALING, LLC,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIM | Case No. C 06-3749 JSW<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER MODIFYING PRETRIAL AND TRIAL SCHEDULE**<br><br>Judge: Hon. Jeffrey S. White<br><br>Complaint Filed: June 13, 2006<br>Trial Date: October 5, 2009 |

STIPULATED REQUEST AND [PROPOSED] ORDER MODIFYING PRETRIAL AND TRIAL SCHEDULE - CASE NO. C 06 3749 JSW

18972\1932179.1

1    Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff and Counterdefendant San Francisco
2  Bay Area Rapid Transit District ("BART") and Defendant and Counterclaimant GE
3  Transportation Systems Global Signaling, LLC ("GETS") hereby stipulate and request that the
4  Court modify the pre-trial and trial schedule set forth in its January 6, 2009 Order. The parties
5  have been diligent in pursuing pre-trial discovery in this matter. Under the direction of the
6  Special Master and with two prior extensions granted by the Court in its March 26, 2008 and
7  January 6, 2009 Orders, counsel for GETS and BART have proceeded based upon the Court's
8  approved discovery plan and revised schedule, and are now nearing completion of fact discovery.
9  Despite the parties' best efforts, however, a relatively short extension of the fact and expert
10 discovery deadlines, and corresponding extension of the dispositive motion and trial dates, is
11 requested to permit the parties to complete discovery and adequately prepare for trial.

12   The Special Master, the Honorable William Bettinelli, joins the parties in requesting an
13 adjustment of the dispositive motion and trial schedule. The Special Master has found that the
14 parties have made substantial progress, but that a further extension of time is necessary for the
15 parties to complete their on-going document production and deposition efforts as addressed and
16 directed in the Special Master's prior orders, to prepare to disclose expert witnesses and to
17 accommodate the unexpected medical leave of a key member of GETS' legal team. *See*
18 Discovery Order Nos. 9 and 10, issued April 15, 2009 and April 23, 2009, respectively (Attached
19 as Exhs. A and B).

20   The parties have made substantial and good faith progress with regard to factual discovery
21 in this highly complex matter, but a further and relatively short, extension of time is necessary for
22 the parties to complete their on-going discovery efforts. As the Special Master has been aware,
23 BART is currently engaged in the process of locating specific and critical documents responsive
24 to GETS' outstanding requests for cost and damages documents from among tens of thousands of
25 boxes of documents stored at various BART locations. While the parties are diligently pursuing
26 and cooperating in this process, as well as the scheduling of depositions and related written
27 discovery, the parties anticipate that they need an additional four weeks to obtain, copy and
28 review these documents and to permit analysis of these documents and the formulations of

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATED REQUEST AND [PROPOSED] ORDER
MODIFYING PRETRIAL AND TRIAL SCHEDULE - - 2 -
CASE NO. C 06 3749 JSW

18972\1932179.1

1  opinions by their respective experts.

2  Beyond the on-going document and deposition scheduling process, on March 23, 2009,
3  one of the principal attorneys representing GETS since the inception of this matter, Carl Switzer,
4  took emergency medical leave that is expected to last until mid-May. While GETS has enlisted
5  the assistance of other counsel and is diligently proceeding with the discovery process noted
6  above, the unexpected loss of a key member of GETS' legal team has hampered its ability to
7  adequately prepare for and meet related fact and expert discovery deadlines in this matter. As a
8  result, GETS requests this relatively short extension to the discovery schedule to accommodate
9  Mr. Switzer's sudden medical leave, to which BART has agreed.

10  Because the extension to the discovery schedule would also impact subsequent pre-trial
11  and trial deadlines in this matter, the parties request an extension of the relevant pre-trial and trial
12  deadlines from this Court. Indeed, the extension of the fact discovery and expert discovery
13  deadlines, without a corresponding continuance of the trial date, significantly reduces the time the
14  Court's case management order originally allocated to the time between the close of discovery
15  and trial. It would be beneficial to the parties and to the Court to allow sufficient time between
16  the close of discovery and trial so that all dispositive motion and other pretrial proceedings be
17  handled as efficiently as possible. In that regard, the parties note that the Court's order of March
18  26, 2008 (Docket No. 70) set a fact discovery close date of February 28, 2009 and trial date of
19  October 5, 2009 – allowing a period of 219 days for all the post-fact discovery proceedings. The
20  parties believe that this amount of time was selected because of complexity of certain issues
21  presented by the litigation. The new fact discovery deadline narrows this period to just 146 days,
22  which would not – without adjustment of the trial date – allow a comparable and adequate time
23  for pre-trial activities.

24
25
26
27
28

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATED REQUEST AND [PROPOSED] ORDER
MODIFYING PRETRIAL AND TRIAL SCHEDULE -  - 3 -
CASE NO. C 06 3749 JSW

18972\1932179.1

1  The parties have accordingly met and conferred and, with the assistance of the Special

2  Master, stipulated to the proposed pre-trial and trial schedule, subject to the approval of the Court,

3  as set forth below:

4  • Close of fact discovery: May 12, 2009

5  • Last day for expert disclosures: June 24, 2009

6  • Rebuttal expert disclosures: July 21, 2009

7  • Dispositive motion deadline: August 31, 2009 (June 12, 2009*)

8  • Opposition briefs to dispositive motions: September 21, 2009 (July 2, 2009*)

9  • Reply briefs in support of dispositive motions: October 5, 2009 (July 17, 2009*)

10 • Dispositive motion hearing: October 30, 2009 at 9:00 a.m. (July 31, 2009*)

11 • Jury Trial: (November 16, 2009 or thereafter*) February 1, 2010 at 8:00 a.m.

12 * = Proposed Dates      Pretrial conference: January 11, 2010 at 2:00 p.m.

13 IT IS SO STIPULATED

15 DATED: April 30, 2009      CROWLEY, STRINGER & FENSKE LLP

17       By: /s/ John W. Crowley
             John W. Crowley

         Additional Counsel:

         Richard Rosenberg (State Bar No. 067336)
         Rosenberg Law Firm
         456 Montgomery Street, 17th Floor
         San Francisco, CA 94104-1250
         Telephone: (415) 675-7100
         Facsimile: (415) 358-5823
         E-mail: rdr@rosenberglawfirm.com

         Attorneys for Plaintiff and
         Counterdefendant
         SAN FRANCISCO BAY AREA RAPID
         TRANSIT DISTRICT

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATED REQUEST AND [PROPOSED] ORDER
MODIFYING PRETRIAL AND TRIAL SCHEDULE -
CASE NO. C 06 3749 JSW

- 4 -

18972\1932179.1

| | | |
|---|---|---|
| 1 | DATED: April 30, 2009 | FARELLA BRAUN + MARTEL LLP |
| 2 | | |
| 3 | | By: /s/ James A. Bruen |
| | | James A. Bruen |
| 4 | | |
| 5 | | Attorneys for Defendant and Counterclaimant |
| | | GE TRANSPORTATION SYSTEMS |
| 6 | | GLOBAL SIGNALING, LLC |
| 7 | | |
| 8 | PURSUANT TO STIPULATION, IT IS SO ORDERED, | |

DATED: May 1, 2009

*/s/ Jeffrey S. White*

HONORABLE JEFFREY S. WHITE
United States District Judge

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATED REQUEST AND [PROPOSED] ORDER
MODIFYING PRETRIAL AND TRIAL SCHEDULE -
CASE NO. C 06 3749 JSW

- 5 -

18972\1932179.1