John W. Crowley (State Bar No. 039041)
Robert B. Stringer (State Bar No. 056148)
Mark D. Fenske (State Bar No. 160640)
Crowley, Stringer & Fenske LLP
456 Montgomery Street, 17th Floor
San Francisco, CA 94104-1250
Telephone: (415) 989-1100
Facsimile: (415) 421-6651
E-mail: jcrowley@crowleysf.com

*Additional Counsel on Signature Page*

Attorneys for Plaintiff/Counterdefendant
SAN FRANCISCO BAY AREA RAPID
TRANSIT DISTRICT

James A. Bruen (State Bar No. 43880)
Charles M. Sink (State Bar No. 078168)
Carl E. Switzer (State Bar No. 211858)
Arjun Agarwal (State Bar No. 233576)
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
E-mail: jbruen@fbm.com

Attorneys for Defendant/Counterclaimant
GE TRANSPORTATION SYSTEMS
GLOBAL SIGNALING, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT,<br><br>Plaintiff,<br><br>vs.<br><br>GE TRANSPORTATION SYSTEMS GLOBAL SIGNALING, LLC,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIM | Case No. C 06-3749 JSW<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER MODIFYING PRETRIAL SCHEDULE**<br><br>Judge: Hon. Jeffrey S. White<br><br>Complaint Filed: June 13, 2006<br>Trial Date: February 1, 2010 |

STIPULATED REQUEST AND [PROPOSED] ORDER
MODIFYING PRETRIAL SCHEDULE
CASE NO. C 06-3749 JSW

18972\1981411.1

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff and Counterdefendant San Francisco Bay Area Rapid Transit District ("BART") and Defendant and Counterclaimant GE Transportation Systems Global Signaling, LLC ("GETS") hereby stipulate and request that the Court issue an order reflecting a modest adjustment to the pre-trial schedule set forth in its May 1, 2009 Order. As a result of the parties' diligence in completing fact discovery in this matter, the parties are in the process of exchanging further collections of documents of particular relevance to the parties' respective experts. Despite the parties' best efforts to produce and review these documents in a timely manner, the parties require, and therefore respectfully request, a short extension of the expert discovery and corresponding dispositive motion deadlines.

The Special Master, the Honorable William Bettinelli, joins the parties in requesting an adjustment of the dispositive motion schedule. The Special Master continues to recognize the parties' substantial progress, but further recognizes that an extension of time is necessary for the parties to prepare their respective expert witness disclosures. <u>See</u> Discovery Order No. 12 (July 1, 2009) (attached as Exhibit A).

The parties have accordingly met and conferred and, with the assistance of the Special Master, stipulated to the proposed pre-trial schedule, subject to the approval of the Court, as set forth below:

- Fact discovery deadline: July 9, 2009
- Last day for expert disclosures: July 31, 2009[1]
- Rebuttal expert disclosures: Aug. 19, 2009[2]
- Dispositive motion deadline: Sept. 9, 2009[3]
- Opposition briefs to dispositive motions: Sept. 29, 2009
- Reply briefs in support of dispositive motions: Oct. 13, 2009
- Dispositive motion hearing: Nov. 6, 2009
- Pretrial conference: February 1, 2010 at 2:00 p.m.
- Trial: February 22, 2010 at 8:00 a.m.

/ / /
/ / /

---

[1] Currently July 10, 2009, per Discovery Management Order No. 11.
[2] Currently August 4, 2009, per Discovery Management Order No. 11.
[3] Currently, August 31, 2009, per this Court's Order of May 1, 2009.

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATED REQUEST AND [PROPOSED] ORDER
MODIFYING PRETRIAL SCHEDULE — - 1 - — 18972\1981411.1
CASE NO. C 06 3749 JSW

IT IS SO STIPULATED.

DATED: June 30, 2009　　　　　　　　　　CROWLEY, STRINGER & FENSKE LLP

By: _____
　　John W. Crowley

Additional Counsel:

Richard Rosenberg (State Bar No. 067336)
Rosenberg Law Firm
456 Montgomery Street, 17th Floor
San Francisco, CA 94104-1250
Telephone: (415) 675-7100
Facsimile: (415) 358-5823
E-mail: rdr@rosenberglawfirm.com

Attorneys for Plaintiff and
Counterdefendant
SAN FRANCISCO BAY AREA RAPID
TRANSIT DISTRICT

DATED: June 30, 2009　　　　　　　　　　FARELLA BRAUN + MARTEL LLP

By: _____
　　James A. Bruen

Attorneys for Defendant and Counterclaimant
GE TRANSPORTATION SYSTEMS
GLOBAL SIGNALING, LLC

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: __July 2, 2009_____　　　_____
　　　　　　　　　　　　　　　　　　　HONORABLE JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　United States District Judge

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATED REQUEST AND [PROPOSED] ORDER
MODIFYING PRETRIAL SCHEDULE
CASE NO. C 06 3749 JSW
- 2 -
18972\1981411.1