1 | James A. Bruen (State Bar No. 43880)
2 | Charles M. Sink (State Bar No. 078168)
  | Carl E. Switzer (State Bar No. 211858)
3 | Arjun Agarwal (State Bar No. 233576)
  | FARELLA BRAUN + MARTEL LLP
4 | 235 Montgomery Street, 17th Floor
  | San Francisco, CA  94104
5 | Telephone:  (415) 954-4400
  | Facsimile:  (415) 954-4480
6 | E-mail: jbruen@fbm.com
  | E-mail: csink@fbm.com
7 | E-mail: cswitzer@fbm.com
  | E-mail: aagarwal@fbm.com

8 | Attorneys for Defendant and Counterclaimant
  | GE TRANSPORTATION SYSTEMS GLOBAL
9 | SIGNALING, LLC

10 | John W. Crowley (State Bar No. 039041)
   | Robert B. Stringer (State Bar No. 056148)
11 | CROWLEY, STRINGER & FENSKE LLP
   | 456 Montgomery Street - 17th Floor
12 | San Francisco, California 94104-1250
   | Telephone: (415) 989-1100
13 | Facsimile:  (415) 421-6651
   | E-mail:  jcrowley@crowleysf.com
14 | E-mail: bstringer@crowleysf.com

15 | *Additional Counsel on Signature Page*

16 | Attorneys for Plaintiff and Counterdefendant
   | SAN FRANCISCO BAY AREA RAPID TRANSIT
17 | DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT,<br><br>Plaintiff,<br><br>vs.<br><br>GE TRANSPORTATION SYSTEMS GLOBAL SIGNALING, LLC,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIM | Case No. C 06 3749 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EVIDENTIARY RULING RE THIRD PARTY DOCUMENTS**<br><br>Complaint Filed:  June 13, 2006<br>Trial Date:         February 22, 2010 |

STIPULATION AND [PROPOSED] ORDER FOR
EVIDENTIARY RULING RE THIRD PARTY
DOCUMENTS / Case No. C 06 3749 JSW

18972\1926180.2

Defendant and Counterclaimant GE TRANSPORTATION SYSTEMS GLOBAL SIGNALING, LLC and Plaintiff and Counterdefendant SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT hereby stipulate, through counsel, that copies of records obtained by subpoena from the third parties listed below are authentic and satisfy the best evidence rule, and that sufficient foundations have been established under Rule 803(6) of the Federal Rules of Evidence so as to except the records from the application of the hearsay rule. As to such third parties, the original or a duplicate of a record produced pursuant to subpoena which would be admissible under Rule 803(6) if accompanied by a written declaration of its custodian or other qualified person, pursuant to Rule 902(11), shall be admissible without such declaration or the testimony of the custodian.

The parties preserve their right to object to the admission into evidence of such records on any ground other than authenticity, the best evidence rule or hearsay.

The third parties whose records are covered by this stipulation are:

- Battelle Memorial Institute
- Alstom Signaling, Inc.
- Ansaldo STS USA, Inc. (fka, Union Switch & Signal, Inc.)
- Booz Allen Hamilton, Inc.
- Raytheon Co.
- Sandia National Laboratory
- Siemens Transportation Systems, Inc.
- Washington Division of URS Corp. (fka Morrison Knudsen, Washington Group)

DATED: July 23, 2009

FARELLA BRAUN + MARTEL LLP

By: /s/ Charles M. Sink
Charles M. Sink

Attorneys for Defendant and Counterclaimant
GE TRANSPORTATION SYSTEMS
GLOBAL SIGNALING, LLC

| | | |
|---|---|---|
| 1 | DATED: July 23, 2009 | CROWLEY, STRINGER & FENSKE LLP |

By: /s/ John W. Crowley

*Additional Counsel:*

Richard Rosenberg (State Bar No. 067336)
Rosenberg Law Firm
456 Montgomery Street, 17th Floor
San Francisco, CA 94104-1250
Telephone: (415) 675-7100
Facsimile:  (415) 358-5823
E-mail: rdr@rosenberglawfirm.com

Attorneys for Plaintiff and Counterdefendant
SAN FRANCISCO BAY AREA RAPID
TRANSIT DISTRICT

### ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: July 27, 2009

/s/ Jeffrey S. White
HONORABLE JEFFREY S. WHITE
United States District Judge