James A. Bruen (State Bar No. 43880)
Charles M. Sink (State Bar No. 078168)
Carl E. Switzer (State Bar No. 211858)
Arjun Agarwal (State Bar No. 233576)
FARELLA BRAUN + MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
E-mail: jbruen@fbm.com
E-mail: csink@fbm.com
E-mail: cswitzer@fbm.com
E-mail: aagarwal@fbm.com

Attorneys for Defendant and Counterclaimant
GE TRANSPORTATION SYSTEMS GLOBAL
SIGNALING, LLC

John W. Crowley (State Bar No. 039041)
Robert B. Stringer (State Bar No. 056148)
CROWLEY, STRINGER & FENSKE LLP
456 Montgomery Street - 17th Floor
San Francisco, California 94104-1250
Telephone: (415) 989-1100
Facsimile: (415) 421-6651
E-mail: jcrowley@crowleysf.com
E-mail: bstringer@crowleysf.com

*Additional Counsel on Signature Page*

Attorneys for Plaintiff and Counterdefendant
SAN FRANCISCO BAY AREA RAPID TRANSIT
DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT,<br><br>Plaintiff,<br><br>vs.<br><br>GE TRANSPORTATION SYSTEMS GLOBAL SIGNALING, LLC,<br><br>Defendant. | Case No. C 06 3749 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EVIDENTIARY RULING RE PARTY-PRODUCED DOCUMENTS AND ESI**<br><br>Complaint Filed: June 13, 2006<br>Trial Date: February 22, 2010 |
| AND RELATED COUNTERCLAIM | |

Defendant and Counterclaimant GE TRANSPORTATION SYSTEMS GLOBAL SIGNALING, LLC and Plaintiff and Counterdefendant SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT hereby stipulate, through counsel, that copies of documents and electronically-stored information ("ESI") produced by one or both of the aforesaid parties are authentic and satisfy the best evidence rule, and that sufficient foundations have been established under Rule 803(6) of the Federal Rules of Evidence so as to except the documents and ESI from the application of the hearsay rule.

The parties preserve their right to object to the admission into evidence of any such documents and ESI on the ground of double-hearsay, and on any ground other than authenticity, the best evidence rule or hearsay.

DATED: July 23, 2009

FARELLA BRAUN + MARTEL LLP

By: _____
Charles M. Sink

Attorneys for Defendant and Counterclaimant
GE TRANSPORTATION SYSTEMS
GLOBAL SIGNALING, LLC

DATED: July 23, 2009

CROWLEY, STRINGER & FENSKE LLP

By: _____
John W. Crowley

*Additional Counsel:*

Richard Rosenberg (State Bar No. 067336)
Rosenberg Law Firm
456 Montgomery Street, 17th Floor
San Francisco, CA 94104-1250
Telephone: (415) 675-7100
Facsimile: (415) 358-5823
E-mail: rdr@rosenberglawfirm.com

Attorneys for Plaintiff and Counterdefendant
SAN FRANCISCO BAY AREA RAPID
TRANSIT DISTRICT

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: July 27, 2009

*[signature: Jeffrey S. White]*
HONORABLE JEFFREY S. WHITE
United States District Judge

---

STIPULATION AND [PROPOSED] ORDER FOR
EVIDENTIARY RULING RE PARTY-PRODUCED
DOCS. AND ESI / Case No. C 06 3749 JSW

- 3 -

18972\1955634.2