James A. Bruen (State Bar No. 43880)
Charles M. Sink (State Bar No. 078168)
Carl E. Switzer (State Bar No. 211858)
Arjun Agarwal (State Bar No. 233576)
FARELLA BRAUN + MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
E-mail: jbruen@fbm.com
E-mail: csink@fbm.com
E-mail: cswitzer@fbm.com
E-mail: aagarwal@fbm.com

Attorneys for Defendant and Counterclaimant
GE TRANSPORTATION SYSTEMS GLOBAL
SIGNALING, LLC

John W. Crowley (State Bar No. 039041)
Robert B. Stringer (State Bar No. 056148)
CROWLEY, STRINGER & FENSKE LLP
456 Montgomery Street - 17th Floor
San Francisco, California 94104-1250
Telephone: (415) 989-1100
Facsimile: (415) 421-6651
E-mail: jcrowley@crowleysf.com
E-mail: bstringer@crowleysf.com

*Additional Counsel on Signature Page*

Attorneys for Plaintiff and Counterdefendant
SAN FRANCISCO BAY AREA RAPID TRANSIT
DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT,<br><br>Plaintiff,<br><br>vs.<br><br>GE TRANSPORTATION SYSTEMS GLOBAL SIGNALING, LLC,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIM | Case No. C 06 3749 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER CONCERNING LAY WITNESSES WITH EXPERT OPINIONS**<br>(F.R. Evid. 502, 701, 702 and 705)<br><br>Complaint Filed: June 13, 2006<br>Trial Date: February 22, 2010 |

1  Defendant and Counterclaimant GE TRANSPORTATION SYSTEMS GLOBAL
2  SIGNALING, LLC and Plaintiff and Counterdefendant SAN FRANCISCO BAY AREA RAPID
3  TRANSIT DISTRICT hereby stipulate, through counsel, that party-affiliated lay witnesses may
4  offer not only those opinions permitted by F.R.Evid. 701, but also expert opinions within the
5  meaning of F.R.Evid. 702, provided that, both the identity of the witness and a statement of each
6  expert opinion held by that witness, are disclosed on the date for the disclosure of all expert
7  opinions held by independent experts in the captioned litigation. For purposes of this Stipulation
8  only, the term "party-affiliated lay witnesses" means past or present contractors to or employees
9  of the parties.
10  The disclosure of a party-affiliated lay witness who will offer expert opinions within the
11  meaning of F.R.Evid. 702 does not waive any attorney-client privilege or work product doctrine
12  protection covering information known to the witness, except as to information considered or
13  relied upon by the witness in the formation of his/her expert opinions. See F.R.Evid. 502
14  and 705.

DATED: July 23, 2009

FARELLA BRAUN + MARTEL LLP

By: /s/ Charles M. Sink
Charles M. Sink

Attorneys for Defendant and Counterclaimant
GE TRANSPORTATION SYSTEMS
GLOBAL SIGNALING, LLC

| | | |
|---|---|---|
| 1 | DATED: July 8/3, 2009 | CROWLEY, STRINGER & FENSKE LLP |
| 2 | | |
| 3 | | |
| 4 | | By: _____ |
| | | Robert B. Stringer |
| 5 | | *Additional Counsel:* |
| 6 | | Richard Rosenberg (State Bar No. 067336) |
| | | Rosenberg Law Firm |
| 7 | | 456 Montgomery Street, 17th Floor |
| | | San Francisco, CA 94104-1250 |
| 8 | | Telephone: (415) 675-7100 |
| | | Facsimile: (415) 358-5823 |
| 9 | | E-mail: rdr@rosenberglawfirm.com |
| 10 | | Attorneys for Plaintiff and Counterdefendant |
| | | SAN FRANCISCO BAY AREA RAPID |
| | | TRANSIT DISTRICT |

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: July 27, 2009            _____
                                HONORABLE JEFFREY S. WHITE
                                United States District Judge