John W. Crowley (State Bar No. 039041)
Robert B. Stringer (State Bar No. 056148)
Mark D. Fenske (State Bar No. 160640)
Crowley, Stringer & Fenske LLP
456 Montgomery Street, 17th Floor
San Francisco, CA 94104-1250
Telephone: (415) 989-1100
Facsimile: (415) 421-6651
E-mail: jcrowley@crowleysf.com

Attorneys for Plaintiff/Counterdefendant
SAN FRANCISCO BAY AREA RAPID
TRANSIT DISTRICT

James A. Bruen (State Bar No. 43880)
Charles M. Sink (State Bar No. 078168)
Carl E. Switzer (State Bar No. 211858)
Arjun Agarwal (State Bar No. 233576)
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
E-mail: jbruen@fbm.com

Attorneys for Defendant/Counterclaimant
GE TRANSPORTATION SYSTEMS
GLOBAL SIGNALING, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT,<br><br>Plaintiff,<br><br>vs.<br><br>GE TRANSPORTATION SYSTEMS GLOBAL SIGNALING, LLC,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIM | Case No. C 06-3749 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING THE FOURTH AND SIXTH COUNTS OF THE THIRD AMENDED COMPLAINT [F.R.Civ.P. 41(a)]**<br><br>Judge: Hon. Jeffrey S. White<br><br>Complaint Filed: June 13, 2006<br>Trial Date: August 30, 2010 |

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIP. & PROPOSED ORDER DISMISSING 4TH AND 6TH COUNTS OF THIRD AMENDED COMPLAINT

- 1 -

Case No. C 06-3749 JSW

## STIPULATION

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, plaintiff SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT ("BART") and defendant GE TRANSPORTATION SYSTEMS GLOBAL SIGNALING, LLC ("GETS") hereby stipulate that:

1. GETS did not terminate the Phase 2 Work within the meaning of Articles SC8.3 and P8.4 of the contract that is the subject of this lawsuit, and, therefore, the Court may order the dismissal of the Fourth Count of BART's Third Amended Complaint; and

2. The Sixth Count of BART's Third Amended Complaint presently is procedurally inappropriate, and the Court may order its dismissal.

DATED: November 11, 2009                     CROWLEY, STRINGER & FENSKE LLP

By: _____
John W. Crowley

Attorneys for Plaintiff and
Counterdefendant
SAN FRANCISCO BAY AREA RAPID
TRANSIT DISTRICT

DATED: November 12, 2009                    FARELLA BRAUN + MARTEL LLP

By: _____
Charles M. Sink

Attorneys for Defendant and Counterclaimant
GE TRANSPORTATION SYSTEMS
GLOBAL SIGNALING, LLC

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIP. & ~~PROPOSED~~ ORDER DISMISSING 4TH
AND 6TH COUNTS OF THIRD AMENDED
COMPLAINT

- 2 -

Case No. C 06-3749 JSW

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

<u>ORDER</u>

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: November 30, 2009

_____
JEFFREY S WHITE
JUDGE OF THE UNITED STATES
DISTRICT COURT

STIP. & ~~PROPOSED~~ ORDER DISMISSING 4TH
AND 6TH COUNTS OF THIRD AMENDED
COMPLAINT

- 3 -

Case No. C 06-3749 JSW