John W. Crowley (State Bar No. 039041)
Robert B. Stringer (State Bar No. 056148)
Mark D. Fenske (State Bar No. 160640)
Crowley, Stringer & Fenske LLP
456 Montgomery Street, 17th Floor
San Francisco, CA 94104-1250
Telephone: (415) 989-1100
Facsimile: (415) 421-6651
E-mail: jcrowley@crowleysf.com

*Additional Counsel on Signature Page*

Attorneys for Plaintiff/Counterdefendant
SAN FRANCISCO BAY AREA RAPID
TRANSIT DISTRICT

James A. Bruen (State Bar No. 43880)
Charles M. Sink (State Bar No. 078168)
Carl E. Switzer (State Bar No. 211858)
Arjun Agarwal (State Bar No. 233576)
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
E-mail: jbruen@fbm.com

*Additional Counsel on Signature Page*

Attorneys for Defendant/Counterclaimant
GE TRANSPORTATION SYSTEMS
GLOBAL SIGNALING, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT,<br><br>Plaintiff,<br><br>vs.<br><br>GE TRANSPORTATION SYSTEMS GLOBAL SIGNALING, LLC,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIM | Case No. C 06-3749 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING DISCLOSURES OF EXPERTS**<br><br>Judge: Hon. Jeffrey S. White<br><br>Complaint Filed:  June 13, 2006<br>Trial Date:  August 30, 2010 |

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER
RE DISCLOSURES OF EXPERTS
CASE NO. C 06 3749 JSW

18972\2140485.1

| | |
|---|---|
| 1 | Due to delays in the consent of a third party for expert review of certain material |
| 2 | information, Plaintiff and Counterdefendant SAN FRANCISCO BAY AREA RAPID TRANSIT |
| 3 | DISTRICT and Defendant and Counterclaimant GE TRANSPORTATION SYSTEMS GLOBAL |
| 4 | SIGNALING, LLC, hereby stipulate, through counsel, that the expert opinion disclosure date is |
| 5 | extended from Friday, January 22, 2010 until Monday, February 1, 2010, and that the rebuttal |
| 6 | expert opinion disclosure deadline is extended from Tuesday, February 2, 2010 to Thursday, |
| 7 | February 11, 2010. Moreover, these parties stipulate that the exchange of any demonstrative |
| 8 | exhibits offered to support the opinion or rebuttal opinion of any expert shall occur on or before |
| 9 | 31 days before the scheduled pretrial date; that is, on or before Friday, July 9, 2010. |

DATED: January 20, 2010         CROWLEY, STRINGER & FENSKE LLP

By: _____
John W. Crowley

Additional Counsel:

Richard Rosenberg (State Bar No. 067336)
Rosenberg Law Firm
456 Montgomery Street, 17th Floor
San Francisco, CA 94104-1250
Telephone: (415) 675-7100
Facsimile: (415) 358-5823
E-mail: rdr@rosenberglawfirm.com

Attorneys for Plaintiff and Counterdefendant
SAN FRANCISCO BAY AREA RAPID
TRANSIT DISTRICT

/////
/////
/////
/////
/////
/////
/////

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER
RE DISCLOSURES OF EXPERTS          - 1 -          18972\2140485.1
CASE NO. C 06 3749 JSW

/////

DATED: January 20, 2010

FARELLA BRAUN + MARTEL LLP

By: _____

James A. Bruen

Additional Counsel:

Ned N. Isokawa (State Bar No. 066287)
Paul, Hastings, Janofsky & Walker LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA 94105
Telephone: (415) 856-7000
Facsimile: (415) 856-7103
Email: nedisokawa@paulhastings.com

Attorneys for Defendant and Counterclaimant
GE TRANSPORTATION SYSTEMS GLOBAL SIGNALING, LLC

RECOMMENDATION OF SPECIAL MASTER

I RECOMMEND APPROVAL OF THIS STIPULATION AND PROPOSED ORDER,

DATED: January 26, 2010

_____
The Honorable William Bettinelli
Special Master

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: January 28, 2010

_____
The Honorable Jeffrey White
United States District Judge

STIPULATION AND [PROPOSED] ORDER
RE DISCLOSURES OF EXPERTS
CASE NO. C 06 3749 JSW

- 2 -

18972\2140485.1