1  James A. Bruen (State Bar No. 43880)
   Charles M. Sink (State Bar No. 78168)
2  Thomas B. Mayhew (State Bar No. 183539)
   Carl E. Switzer (State Bar No. 211858)
3  Arjun Agarwal (State Bar No. 233576)
   Farella Braun + Martel LLP
4  235 Montgomery Street, 17th Floor
   San Francisco, CA  94104
5  Telephone:  (415) 954-4400
   Facsimile:  (415-954-4480
6  E-Mail:  jbruen@fbm.com
   E-Mail:  csink@fbm.com
7  E-Mail:  tmayhew@fbm.com
   E-Mail:  cswitzer@fbm.com
8  E-Mail:  aagarwal@fbm.com

9
   Ned N. Isokawa (State Bar No. 66287)
10 Paul, Hastings, Janofsky& Walker LLP
   55 Second Street
11 Twenty-Fourth Floor
   San Francisco, CA  94105
12 Telephone:  415-856-7000
   Facsimile:  415-856-7100
13 E-Mail:  nedisokawa@paulhastings.com

14
   Attorneys for Defendant and Counterclaimant
15 GE TRANSPORTATION SYSTEMS
   GLOBAL SIGNALING, LLC
16

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT,<br><br>Plaintiff,<br><br>vs.<br><br>GE TRANSPORTATION SYSTEMS GLOBAL SIGNALING, LLC,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIM. | CASE NO. C 06-3749 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXCEED PAGE LIMITS FOR REPLY BRIEFS IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT**<br><br>Date:        May 14, 2010<br>Time:       9:00 a.m.<br>Courtroom:  11, 19th Floor<br>Judge:      Hon. Jeffrey S. White<br><br>Complaint Filed:  June 13, 2006<br>Trial Date:       August 30, 2010 |

WHEREAS, the parties' reply briefs in support of their motions for summary judgment are due to be filed by April 16, 2010;

WHEREAS defendant GE Transportation Systems Global Signaling, LLC ("GETS") submits that good cause exists to allow the reply briefs to exceed the otherwise applicable limit of 15 pages for such reply briefs by up to 10 pages because (1) arguments raised in the opposition briefs were not addressed in the opening briefs, (2) BART filed eight declarations in support of its opposition brief, (3) 15 pages is otherwise insufficient because of the complexity of the case and the importance of the issues within the case; and (4) plaintiff San Francisco Bay Area Rapid Transit District has agreed to stipulate to an increase in the number of pages permitted as an accommodation to GETS, and for the sake of reciprocity asks that any increase in the number of pages permitted apply to both parties;

NOW THEREFORE, the parties hereby stipulate, and respectfully request that the Court so order, that the parties may file reply briefs in support of their motions for summary judgment of up to 25 pages in length.

DATED: April 14, 2010        FARELLA, BRAUN & MARTEL, LLP

:
THOMAS B. MAYHEW

Attorneys for Defendant
GE TRANSPORTATION SYSTEMS GLOBAL SIGNALING, LLC

DATED: April 14, 2010        CROWLEY, STRINGER & FENSKE LLP

ROBERT B. STRINGER

Attorneys for Plaintiff
SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT

STIP AND [PROPOSED] ORDER TO EXCEED
PAGE LIMITS FOR GETS' REPLY BRIEF            -2-            18972\2233987.1
Case No. C 06-3749 JSW

**ORDER**

Based on the parties' foregoing stipulation, and for good cause showing, the Court hereby orders that the parties may file reply briefs in support of their motions for summary judgment of up to 25 pages in length.

Dated: April 15, 2010

_____
Jeffrey S. White
United States District Judge