1  James A. Bruen (State Bar No. 43880)
   Charles M. Sink (State Bar No. 078168)
2  Thomas B. Mayhew (State Bar No. 183539)
   Carl E. Switzer (State Bar No. 211858)
3  Arjun Agarwal (State Bar No. 233576)
   Farella Braun + Martel LLP
4  235 Montgomery Street, 17th Floor
   San Francisco, CA  94104
5  Telephone:  (415) 954-4400
   Facsimile:  (415) 954-4480
6  E-mail: jbruen@fbm.com
   E-mail: csink@fbm.com
7  E-mail: tmayhew@fbm.com
   E-mail: cswitzer@fbm.com
8  E-mail: aagarwal@fbm.com

9  Ned N. Isokawa (State Bar No. 066287)
   Paul, Hastings, Janofsky & Walker LLP
10 55 Second Street
   Twenty-Fourth Floor
11 San Francisco, CA 94105
   Telephone:  (415) 856-7000
12 Facsimile:  (415) 856-7100
   E-mail: nedisokawa@paulhastings.com
13

14 Attorneys for Defendant and Counterclaimant
   GE TRANSPORTATION SYSTEMS GLOBAL
15 SIGNALING, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT,<br><br>Plaintiff,<br><br>vs.<br><br>GE TRANSPORTATION SYSTEMS GLOBAL SIGNALING, LLC,<br><br>Defendant.<br><br>AND RELATED COUNTER-CLAIM. | Case No. C-06-03749 JSW<br><br>**[PROPOSED] ORDER GRANTING GE TRANSPORTATION SYSTEMS GLOBAL SIGNALING, LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL AND TO PERMIT MANUAL FILING**<br><br>Date:           May 14, 2010<br>Time:          9:00 a.m.<br>Courtroom:  11, 19th floor<br><br>Judge: Hon. Jeffrey S. White<br><br>Complaint Filed:  June 13, 2006<br>Trial Date:           August 30, 2010 |

[PROPOSED] ORDER GRANTING GETS' ADMIN. MOTION TO FILE UNDER SEAL AND TO PERMIT MANUAL FILING - CASE NO. - C-06-03749 JSW

18972\2180453.1

1  Having considered Defendant and Counterclaimant GE Transportation Systems Global
2  Signaling, LLC ("GETS") Administrative Motion to Seal portions of its Motion for Partial
3  Summary Judgment and Summary Adjudication ("Motion for Summary Judgment") and Exhibits
4  I, J, K, N, O, and P pursuant to Civil Local Rules 7-11 and 79-5, the COURT HEREBY
5  ORDERS AS FOLLOWS:

6  1. GETS' Motion to Seal is GRANTED.

7  2. The unredacted version of GETS' Motion for Summary Judgment shall be filed
8  under seal.

9  3. Exhibit A to the Declaration of James A. Bruen In Support GETS' Motion for
10 Summary Judgment – Contract 49GB-110 – shall be manually filed.

11 4. Exhibit I to the Declaration of James A. Bruen In Support GETS' Motion for
12 Summary Judgment - Deposition excerpt from 30(b)(6) Deposition of Ansaldo STS dated March
13 10, 2009 – shall be filed under seal.

14 5. Exhibit J to the Declaration of James A. Bruen In Support GETS' Motion for
15 Summary Judgment – Meeting Minutes between BART and Ansaldo STS dated November 2007
16 – shall be filed under seal.

17 6. Exhibit K to the Declaration of James A. Bruen In Support GETS' Motion for
18 Summary Judgment – Alstom Urbalis CBTC Technical Description dated February 15, 2008 –
19 shall be filed under seal.

20 7. Exhibit M to the Declaration of James A. Bruen In Support GETS' Motion for
21 Summary Judgment – Ansaldo STS Upgrade to Train Control System for BART dated February
22 15, 2008.

23 8. Exhibit N to the Declaration of James A. Bruen In Support GETS' Motion for
24 Summary Judgment – Siemens Technical and Systems Description dated February 2, 2008 – shall
25 be filed under seal.

26 9. Exhibit O to the Declaration of James A. Bruen In Support GETS' Motion for
27 Summary Judgment – Deposition excerpt from 30(b)(6) Deposition of Siemens Transportation
28 dated April 15, 2008 – shall be filed under seal.

1    10.   Exhibit P to the Declaration of James A. Bruen In Support GETS' Motion for Summary Judgment – Deposition except from 30(b)(6) Deposition of Ansaldo STS dated March 10, 2009 – shall be filed under seal.

IT IS SO ORDERED.

Dated: ~~February~~ April 28, 2010

_____
HON. JEFFREY S. WHITE
United States District Judge

[~~PROPOSED~~] ORDER GRANTING GETS' ADMIN. MOTION TO FILE UNDER SEAL AND TO PERMIT MANUAL FILING - CASE NO. C-06-03749 JSW

- 3 -

18972\2180453.1