IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO BAY AREA RAPID TRANSIT,

Plaintiff,

v.

GE TRANSPORTATION SYSTEMS GLOBAL SIGNALING LLC,

Defendant.

No. C 06-03749 JSW

**ORDER RE SELECTION OF SETTLEMENT CONFERENCE OR MEDIATION**

The Court shall order the parties to attend a settlement conference before a magistrate judge or a private mediator to be completed after the pretrial conference on August 9, 2010 and prior to August 20, 2010. The Court HEREBY ORDERS the parties to submit a joint notice by no later than July 16, 2010 indicating whether they elect to proceed to a settlement conference before a magistrate or prefer to proceed with private mediation.

**IT IS SO ORDERED.**

Dated: July 13, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE