James A. Bruen (State Bar No. 43880)
Charles M. Sink (State Bar No. 078168)
Thomas B. Mayhew (State Bar No. 183539)
Carl E. Switzer (State Bar No. 211858)
Arjun Agarwal (State Bar No. 233576)
FARELLA BRAUN + MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
E-mail: jbruen@fbm.com
E-mail: csink@fbm.com
E-mail: tmayhew@fbm.com
E-mail: cswitzer@fbm.com
E-mail: aagarwal@fbm.com

*Additional Counsel on Signature Page*

Attorneys for Defendant and Counterclaimant
GE TRANSPORTATION SYSTEMS GLOBAL
SIGNALING, LLC

John W. Crowley (State Bar No. 039041)
Robert B. Stringer (State Bar No. 056148)
CROWLEY, STRINGER & FENSKE LLP
456 Montgomery Street - 17th Floor
San Francisco, California 94104-1250
Telephone: (415) 989-1100
Facsimile: (415) 421-6651
E-mail: jcrowley@crowleysf.com
E-mail: bstringer@crowleysf.com

*Additional Counsel on Signature Page*

Attorneys for Plaintiff and Counterdefendant
SAN FRANCISCO BAY AREA RAPID TRANSIT
DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT,<br><br>Plaintiff,<br><br>vs.<br><br>GE TRANSPORTATION SYSTEMS GLOBAL SIGNALING, LLC,<br><br>Defendant. | Case No. C 06 3749 JSW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER DISMISSING THE SECOND AMENDED COUNTERCLAIM [F.R.Civ.P. 41(a) and 41(c)]**<br><br>Judge: Hon. Jeffrey S. White<br><br>Complaint Filed: June 13, 2006<br>Trial Date: August 30, 2010 |

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

JOINT STIPULATION AND [PROPOSED]
ORDER DISMISSING THE SECOND AMENDED
COUNTERCLAIM -Case No. C 06 3749 JSW

18972\2311394.1

AND RELATED COUNTERCLAIM.

    Pursuant to Rules 41(a) and 41(c) of the Federal Rules of Civil Procedure, Plaintiff and Counterdefendant SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT ("BART") and Defendant and Counterclaimant GE TRANSPORTATION SYSTEMS GLOBAL SIGNALING, LLC ("GETS") hereby stipulate that:

    1.    In light of the Court's ruling as to exclusive remedies under the contract, GETS wishes to voluntarily dismiss its Second Amended Counterclaim, and the Court may order its dismissal; and

    2.    BART waives any right to claim costs that might otherwise arise based on this voluntary dismissal of GETS' counterclaim (28 USC §1920). This waiver does not affect BART's right to claim costs in the event that it is entitled to such costs for prevailing on its own claims.

    IT IS SO STIPULATED

DATED: July _13_, 2010

FARELLA BRAUN + MARTEL, LLP

By: /s/ *signature*
Charles M. Sink

*Additional Counsel:*

Ned N. Isokawa (State Bar No. 066287)
Paul, Hastings, Janofsky & Walker LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA 94105
Telephone: (415) 856-7000
Facsimile: (415) 856-7100
E-mail: nedisokawa@paulhastings.com

Attorneys for Defendant and Counterclaimant
GE TRANSPORTATION SYSTEMS GLOBAL SIGNALING, LLC

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

JOINT STIPULATION AND [PROPOSED] ORDER DISMISSING THE SECOND AMENDED COUNTERCLAIM - Case No. C 06 3749 JSW

- 2 -

18972\2311394.1

DATED: July 13, 2010

CROWLEY, STRINGER & FENSKE LLP

By: _____
John W. Crowley

*Additional Counsel:*

Richard Rosenberg (State Bar No. 067336)
Rosenberg Law Firm
456 Montgomery Street, 17th Floor
San Francisco, CA 94104-1250
Telephone: (415) 675-7100
Facsimile: (415) 358-5823
E-mail: rdr@rosenberglawfirm.com

Attorneys for Plaintiff and Counterdefendant
SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT

[PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: July 14, 2010

_____
Hon. Jeffrey S. White
United States District Court Judge

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

JOINT STIPULATION AND [PROPOSED]
ORDER DISMISSING THE SECOND AMENDED
COUNTERCLAIM -Case No. C 06 3749 JSW

- 3 -

18972\2311394.1