IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO BAY AREA RAPID TRANSIT,<br><br>  Plaintiff,<br><br>  v.<br><br>GE TRANSPORTATION SYSTEMS GLOBAL SIGNALING LLC,<br><br>  Defendant. | No. C 06-03749 JSW<br><br>**ORDER RE MEDIATION** |

The Court HEREBY ORDERS the parties to attend mediation before a private mediator to be completed after the pretrial conference on August 9, 2010 and prior to August 20, 2010.

**IT IS SO ORDERED.**

Dated: July 19, 2010

                                                                  *Jeffrey S. White*
                                                                  JEFFREY S. WHITE
                                                                  UNITED STATES DISTRICT JUDGE