| | |
|---|---|
| 1 | James A. Bruen (State Bar No. 43880) |
| | Charles M. Sink (State Bar No. 078168) |
| 2 | Thomas B. Mayhew (State Bar No. 183539) |
| | Carl E. Switzer (State Bar No. 211858) |
| 3 | Arjun Agarwal (State Bar No. 233576) |
| | Farella Braun + Martel LLP |
| 4 | 235 Montgomery Street, 17th Floor |
| | San Francisco, CA 94104 |
| 5 | Telephone: (415) 954-4400 |
| | Facsimile: (415) 954-4480 |
| 6 | E-mail: jbruen@fbm.com |
| | E-mail: csink@fbm.com |
| 7 | E-mail: tmayhew@fbm.com |
| | E-mail: cswitzer@fbm.com |
| 8 | E-mail: aagarwal@fbm.com |

Ned N. Isokawa (State Bar No. 66287)
Paul, Hastings, Janofsky & Walker LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA 94105
Telephone: (415) 856-7000
Facsimile: (415) 856-7100
E-mail: nedisokawa@paulhastings.com

Attorneys for Defendant and Counterclaimant
GE TRANSPORTATION SYSTEMS GLOBAL
SIGNALING, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT,<br><br>Plaintiff,<br><br>vs.<br><br>GE TRANSPORTATION SYSTEMS GLOBAL SIGNALING, LLC,<br><br>Defendant. | Case No. C-06-03749 JSW<br><br>[Proposed] ORDER GRANTING UNOPPOSED ADMINISTRATIVE MOTION FOR IMMEDIATE RELIEF FROM PRETRIAL DEADLINE CONCERNING JURY INSTRUCTIONS<br><br>Pretrial Conf: August 9, 2010<br>Time: 2:00 p.m.<br>Courtroom: 11, 19th floor<br>Judge: Hon. Jeffrey S. White<br><br>Complaint Filed: June 13, 2006<br>Trial Date: August 30, 2010 |

[Proposed] ORDER GRANTING ADMINISTRATIVE
MOTION FOR IMMEDIATE RELIEF FROM PRETRIAL
DEADLINE RE: JURY INSTRUCTIONS
 - Case No. C-06-03749 JSW

18972\2314611.1

1  For good cause shown, the July 26 deadline for the joint jury instructions, for submission
2  of disputed instructions, and for briefs in support of and opposed to disputed instructions, is
   and expedited
3  vacated. A new schedule relating to these matters will be set at the August 9 pretrial conference
   ^
4  if necessary.

5  IT IS SO ORDERED.

6  Date: ___July 21___, 2010

7

8  _____
   Hon. Jeffrey S. White
   United States District Judge

9

[Proposed] ORDER GRANTING ADMINISTRATIVE             - 1 -                    18972\2314611.1
MOTION FOR IMMEDIATE RELIEF FROM PRETRIAL
DEADLINE RE: JURY INSTRUCTIONS
 - Case No. C-06-03749 JSW