James A. Bruen (State Bar No. 43880)
Charles M. Sink (State Bar No. 078168)
Thomas B. Mayhew (State Bar No. 183539)
Carl E. Switzer (State Bar No. 211858)
Arjun Agarwal (State Bar No. 233576)
FARELLA BRAUN + MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
E-mail: jbruen@fbm.com
E-mail: csink@fbm.com
E-mail: tmayhew@fbm.com
E-mail: cswitzer@fbm.com
E-mail: aagarwal@fbm.com

*Additional Counsel on Signature Page*

Attorneys for Defendant and Counterclaimant
GE TRANSPORTATION SYSTEMS GLOBAL SIGNALING, LLC

John W. Crowley (State Bar No. 039041)
Robert B. Stringer (State Bar No. 056148)
CROWLEY, STRINGER & FENSKE LLP
456 Montgomery Street - 17th Floor
San Francisco, California 94104-1250
Telephone: (415) 989-1100
Facsimile: (415) 421-6651
E-mail: jcrowley@crowleysf.com
E-mail: bstringer@crowleysf.com

*Additional Counsel on Signature Page*

Attorneys for Plaintiff and Counterdefendant
SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT,<br><br>Plaintiff,<br>vs.<br><br>GE TRANSPORTATION SYSTEMS GLOBAL SIGNALING, LLC,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIM. | Case No. C 06 3749 JSW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING EXCHANGE OF DEMONSTRATIVE EXHIBITS**<br><br>Judge: Hon. Jeffrey S. White<br><br>Complaint Filed: June 13, 2006<br>Trial Date: August 30, 2010 |

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

JOINT STIPULATION & [PROPOSED] ORDER
RE: EXCHANGE OF DEMONSTRATIVE
EXHIBITS - Case No. C 06 3749 JSW

18972\2311441.2

Plaintiff and Counterdefendant SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT ("BART") and Defendant and Counterclaimant GE TRANSPORTATION SYSTEMS GLOBAL SIGNALING, LLC ("GETS") hereby stipulate that:

1. Under paragraph 17, in the Guidelines for Trial and Final Pretrial Conference in Civil Jury Cases Before The Honorable Jeffrey S. White ("Guidelines For Jury Cases") and in paragraph 13, in the Guidelines for Trial and Final Pretrial Conference in Civil Bench Cases Before The Honorable Jeffrey S. White ("Guidelines For Bench Cases") counsel shall disclose to the other side all demonstrative exhibits to be used in direct examination of non-expert witnesses at least 48 hours in advance of their use. Opposing counsel shall provide any objections to the use of specific demonstrative exhibits within 24 hours of their disclosure..

2. Under paragraph 16 of the Guidelines for Jury Cases and paragraph 12 of the Guidelines for Bench Cases, counsel shall disclose to the other side all visuals, graphics and demonstrative exhibits used in opening statement at least 48 hours in advance of their use. Counsel shall provide any objections to the use of specific visuals, graphics and demonstrative exhibits within 24 hours of their disclosure.

3. Under paragraph 25 of the Guidelines for Jury Cases and paragraph 22 of the Guidelines for Bench Cases, (particularlyl the provision that "[b]y written stipulation, all parties may relax these requirements") each side may use illustrative animations, diagrams, charts, and models in the direct examination of experts so long as the animation, diagram, chart or model has been disclosed to the other side at least 48 hours in advance of use at trial. Counsel shall provide any objections to the use of specific animations, diagrams, charts, or models within 24 hours of their disclosure.

4. Animations, diagrams, charts, models, visuals, graphics, and all other demonstrative exhibits need not be included on the joint exhibit list referenced in paragraph 1 of the Guidelines For Jury Cases and of the Guidelines For Bench Cases.

//
//
//

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

JOINT STIPULATION & [PROPOSED] ORDER
RE: EXCHANGE OF DEMONSTRATIVE         - 2 -
EXHIBITS - Case No. C 06 3749 JSW

18972\2311441.2

IT IS SO STIPULATED.

DATED: July 13, 2010

FARELLA BRAUN + MARTEL, LLP

By: _____
Charles M. Sink

*Additional Counsel:*

Ned N. Isokawa (State Bar No. 066287)
Paul, Hastings, Janofsky & Walker LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA 94105
Telephone: (415) 856-7000
Facsimile: (415) 856-7100
E-mail: nedisokawa@paulhastings.com

Attorneys for Defendant and Counterclaimant
GE TRANSPORTATION SYSTEMS GLOBAL SIGNALING, LLC

DATED: July 3, 2010

CROWLEY, STRINGER & FENSKE LLP

By: _____
John W. Crowley

*Additional Counsel:*

Richard Rosenberg (State Bar No. 067336)
Rosenberg Law Firm
456 Montgomery Street, 17th Floor
San Francisco, CA 94104-1250
Telephone: (415) 675-7100
Facsimile: (415) 358-5823
E-mail: rdr@rosenberglawfirm.com

Attorneys for Plaintiff and Counterdefendant
SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT

[PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: August 4, 2010

*/s/ Jeffrey S. White*
Hon. Jeffrey S. White
United States District Court Judge

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

JOINT STIPULATION & [PROPOSED] ORDER
RE: EXCHANGE OF DEMONSTRATIVE
EXHIBITS - Case No. C 06 3749 JSW

- 4 -

18972\2311441.2