1  James A. Bruen (State Bar No. 43880)
   Charles M. Sink (State Bar No. 078168)
2  Thomas B. Mayhew (State Bar No. 183539)
   Carl E. Switzer (State Bar No. 211858)
3  Arjun Agarwal (State Bar No. 233576)
   FARELLA BRAUN + MARTEL LLP
4  235 Montgomery Street, 17th Floor
   San Francisco, CA  94104
5  Telephone:  (415) 954-4400
   Facsimile:  (415) 954-4480
6  E-mail: jbruen@fbm.com
   E-mail: csink@fbm.com
7  E-mail: tmayhew@fbm.com
   E-mail: cswitzer@fbm.com
8  E-mail: aagarwal@fbm.com

9  *Additional Counsel on Signature Page*

10 Attorneys for Defendant and Counterclaimant
   GE TRANSPORTATION SYSTEMS GLOBAL
11 SIGNALING, LLC

12 John W. Crowley (State Bar No. 039041)
   Robert B. Stringer (State Bar No. 056148)
13 CROWLEY, STRINGER & FENSKE LLP
   456 Montgomery Street - 17th Floor
14 San Francisco, California 94104-1250
   Telephone: (415) 989-1100
15 Facsimile:  (415) 421-6651
   E-mail: jcrowley@crowleysf.com
16 E-mail: bstringer@crowleysf.com

17 *Additional Counsel on Signature Page*

18 Attorneys for Plaintiff and Counterdefendant
   SAN FRANCISCO BAY AREA RAPID TRANSIT
19 DISTRICT

                    UNITED STATES DISTRICT COURT
20
                   NORTHERN DISTRICT OF CALIFORNIA
21

22 | SAN FRANCISCO BAY AREA RAPID | Case No. C 06 3749 JSW |
   | TRANSIT DISTRICT, | |
23 | | **STIPULATION AND [PROPOSED]** |
   | | **ORDER CONFIRMING SETTLEMENT** |
   |              Plaintiff, | **AND VACATING PRETRIAL AND TRIAL** |
24 |       vs. | **DATES** |
25 | GE TRANSPORTATION SYSTEMS | |
   | GLOBAL SIGNALING, LLC, | Judge: Hon. Jeffrey S. White |
26 | | |
   |              Defendant. | Complaint Filed:    June 13, 2006 |
27 | | Trial Date:            August 30, 2010 |
28 | AND RELATED COUNTERCLAIM. | |

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER
CONFIRMING SETTLEMENT / VACATING
TRIAL DATES - Case No. C-06-03749 JSW

18972\2343886.1

1       Plaintiff SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT and Defendant

2   GE TRANSPORTATION SYSTEMS GLOBAL SIGNALING, LLC (the "Parties") hereby

3   advise the Court that the Parties have reached a settlement following a two day mediation with

4   Hon. Edward A. Panelli (ret.).  While the Parties are currently working to document the terms of

5   the settlement, they desire an order vacating all pre-trial and trial dates in this action.  Therefore,

6   the Parties hereby stipulate and agree that, in light of the foregoing:

7       1.      The Court may enter an Order vacating all further pretrial and trial dates; and

8       2.      The Court may set a Status Conference on or about ~~August 30, 2010~~.

                                                September 3, 2010 at 1:30 p.m.
9   SO STIPULATED:

10

11  DATED:  August 13, 2010              FARELLA BRAUN + MARTEL, LLP

12

13                                       By: /s/ _____
                                             Carl E. Switzer
14
                                         *Additional Counsel:*
15
                                         Ned N. Isokawa (State Bar No. 066287)
16                                       Paul, Hastings, Janofsky & Walker LLP
                                         55 Second Street
17                                       Twenty-Fourth Floor
                                         San Francisco, CA 94105
18                                       Telephone:  (415) 856-7000
                                         Facsimile:  (415) 856-7100
19                                       E-mail: nedisokawa@paulhastings.com

20                                       Attorneys for Defendant
                                         GE TRANSPORTATION SYSTEMS GLOBAL
21                                       SIGNALING, LLC

22

23

24

25

26

27

28

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER
CONFIRMING SETTLEMENT / VACATING        - 2 -
TRIAL DATES - Case No. C-06-03749 JSW                                    18972\2343886.1

DATED: August 13, 2010

CROWLEY, STRINGER & FENSKE LLP

By: _____
John W. Crowley

*Additional Counsel:*

Richard Rosenberg (State Bar No. 067336)
Rosenberg Law Firm
456 Montgomery Street, 17th Floor
San Francisco, CA 94104-1250
Telephone: (415) 675-7100
Facsimile:  (415)  358-5823
E-mail:  rdr@rosenberglawfirm.com

Attorneys for Plaintiff
SAN FRANCISCO BAY AREA RAPID
TRANSIT DISTRICT

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED, as modified.

DATED: _____August 13, 2010_____

_____
Hon. Jeffrey S. White
United States District Court Judge

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER
CONFIRMING SETTLEMENT / VACATING
TRIAL DATES - Case No. C-06-03749 JSW

- 3 -

18972\2343886.1