1  John W. Crowley (State Bar No. 039041)
   Robert B. Stringer (State Bar No. 056148)
2  Crowley, Stringer & Fenske LLP
   456 Montgomery Street, 17th Floor
3  San Francisco, CA 94104-1250
   Telephone: (415) 989-1100
4  Facsimile:  (415) 421-6651
   E-mail: jcrowley@crowleysf.com
5  E-mail: stringer@crowleysf.com
   Attorneys for Plaintiff San Francisco
6  Bay Area Rapid Transit District
   Additional Counsel on Signature Page
7
   James A. Bruen (State Bar No. 43880)
8  Charles M. Sink (State Bar No. 078168)
   Thomas B. Mayhew (State Bar No. 183539)
9  Carl E. Switzer (State Bar No. 211858)
   Arjun Agarwal (State Bar No. 233576)
10 FARELLA BRAUN + MARTEL LLP
   235 Montgomery Street, 17th Floor
11 San Francisco, CA 94104
   Telephone: (415) 954-4400
12 Facsimile: (415)954-4480
   E-mail: jbruen@fbm.com
13 E-mail: csinlc@fbm.com
   E-mail: tmayhew@fbm.com
14 E-mail: cswitzer@fbm.com
   E-mail: aagarwal@fbm.com
15 Additional Counsel on Signature Page

16

17                    UNITED STATES DISTRICT COURT

18                 NORTHERN DISTRICT OF CALIFORNIA

19

20 SAN FRANCISCO BAY AREA RAPID          Case No. C 06 3749 JSW
   TRANSIT DISTRICT,
21                                        STIPULATION AND ~~PROPOSED~~ ORDER
           Plaintiff,                     CONTINUING STATUS CONFERENCE
22
      vs.                                 Date:         September 3, 2010
23                                        Time:         1:30 p.m.
   GE TRANSPORTATION SYSTEMS              Courtroom:    11, 19th floor
24 GLOBAL SIGNALING, LLC,                 Judge:        Hon. Jeffrey S. White
25         Defendant.                     Complaint Filed: June 13, 2006
                                          Trial Date:      None (vacated)
26

27

28

---

STIPULATION AND PROPOSED ORDER
CONTINUING STATUS CONFERENCE                  - 1 -              Case No. C 06 3749 JSW

1        On August 13, 2010, the parties informed the Court they had reached a settlement

2    following mediation.  Based on such advice and the parties' stipulation, the Court scheduled a

3    status conference for September 3, 2010, at 1:30 p.m.

4        The parties are still in the process of finalizing the settlement agreement, because it

5    includes provisions regarding the transfer of technology, and certain individuals whose approval

6    is required to finalize the agreement are currently travelling. The parties therefore stipulate that

7    the Court may continue the status conference. The parties respectfully ask the Court to order the

8    conference continued for two weeks, to Friday, September 17, 2010 at 1:30 p.m.

9

10       DATED:  September 3, 2010

11                                              CROWLEY, STRINGER, FENSKE LLP

12

13                                              By:

14                                                  John W. Crowley

15                                              *Additional Counsel*

16                                              Richard Rosenberg (State Bar No. 067336)
                                                Rosenberg Law Firm
17                                              456 Montgomery Street, 17th Floor
                                                San Francisco, CA 94104-1250
18                                              Telephone: (415) 675-7100
19                                              Facsimile: (415) 358-5823
                                                E-mail: rdr@rosenberglawfirm.com
20
                                                Attorneys for Plaintiff San Francisco Bay Area
21                                              Rapid Transit District

22       DATED:  September 3, 2010

23                                              FARELLA BRAUN + MARTEL, LLP

24

25

26                                              By:
                                                    Carl E. Switzer
27

28

STIPULATION AND PROPOSED ORDER                        - 2 -                  Case No. C 06 3749 JSW
CONTINUING STATUS CONFERENCE

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Additional Counsel*:

Ned N. Isokawa (State Bar No. 066287)
Paul, Hastings, Janofsky & Walker LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA 94105
Telephone: (415)856-7000
Facsimile: (415)856-7100
E-mail: nedisokawa@paulhastings.com

~~[PROPOSED]~~ ORDER

PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED
Should the parties file a stipulation and proposed order of dismissal prior to September 17,
2010, the status conference shall be vacated.
DATED:   September 3, 2010

Dated:  September 3, 2010

_____
Hon. Jeffrey S. White
United States District Court Judge