| | |
|---|---|
| 1 | James A. Bruen (State Bar No. 43880) |
| | Charles M. Sink (State Bar No. 078168) |
| 2 | Thomas B. Mayhew (State Bar No. 183539) |
| | Carl E. Switzer (State Bar No. 211858) |
| 3 | Arjun Agarwal (State Bar No. 233576) |
| | FARELLA BRAUN + MARTEL LLP |
| 4 | 235 Montgomery Street, 17th Floor |
| | San Francisco, CA 94104 |
| 5 | Telephone: (415) 954-4400 |
| | Facsimile: (415) 954-4480 |
| 6 | E-mail: jbruen@fbm.com |
| | E-mail: csink@fbm.com |
| 7 | E-mail: tmayhew@fbm.com |
| | E-mail: cswitzer@fbm.com |
| 8 | E-mail: aagarwal@fbm.com |
| 9 | *Additional Counsel on Signature Page* |
| 10 | Attorneys for Defendant and Counterclaimant |
| | GE TRANSPORTATION SYSTEMS GLOBAL |
| 11 | SIGNALING, LLC |
| 12 | John W. Crowley (State Bar No. 039041) |
| | Robert B. Stringer (State Bar No. 056148) |
| 13 | CROWLEY, STRINGER & FENSKE LLP |
| | 456 Montgomery Street - 17th Floor |
| 14 | San Francisco, California 94104-1250 |
| | Telephone: (415) 989-1100 |
| 15 | Facsimile: (415) 421-6651 |
| | E-mail: jcrowley@crowleysf.com |
| 16 | E-mail: bstringer@crowleysf.com |
| 17 | *Additional Counsel on Signature Page* |
| 18 | Attorneys for Plaintiff and Counterdefendant |
| | SAN FRANCISCO BAY AREA RAPID TRANSIT |
| 19 | DISTRICT |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT, | | Case No. C 06 3749 JSW |
| | Plaintiff, | ~~STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE~~ DENYING REQUEST TO CONTINUE |
| vs. | | Date: September 17, 2010 |
| GE TRANSPORTATION SYSTEMS GLOBAL SIGNALING, LLC, | | Time: 1:30 p.m. |
| | | Courtroom: 11, 19th Floor |
| | Defendant. | Judge: Hon. Jeffrey S. White |
| AND RELATED COUNTERCLAIM. | | Complaint Filed: June 13, 2006 |
| | | Trial Date: None (vacated) |

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

~~STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE~~
Case No. C-06-03749 JSW

18972\2371305.1

On August 13, 2010, the parties informed the Court they had reached settlement following mediation. At the request and joint stipulation of the parties, the Court re-scheduled the status conference, originally set for September 3, 2010, to September 17, 2010 at 1:30 pm.

The parties are continuing to work diligently and in good faith to finalize the terms of the settlement agreement and accompanying documentation. The parties agree on the basic provisions of the agreement, however, the process is taking longer than the parties anticipated because of the technology rights aspect of the settlement. Any disposition of the technology rights requires the consent and approval from a third party. The third party has been contacted and the parties believe that they will be able to finalize the settlement documents by mid-October 2010. Accordingly, the parties respectfully ask the Court to continue the status conference for at least thirty days, to October 22, 2010.

DATED: September 15, 2010

FARELLA BRAUN + MARTEL, LLP

By: _____
Arjun Agarwal

*Additional Counsel:*

Ned N. Isokawa (State Bar No. 066287)
Paul, Hastings, Janofsky & Walker LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA 94105
Telephone: (415) 856-7000
Facsimile: (415) 856-7100
E-mail: nedisokawa@paulhastings.com

Attorneys for Defendant
GE TRANSPORTATION SYSTEMS GLOBAL SIGNALING, LLC

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE –
Case No. C-06-03749 JSW

- 2 -

18972\2371305.1

| | |
|---|---|
| 1 | |
| 2 | DATED: September 15, 2010         CROWLEY, STRINGER & FENSKE LLP |
| 3 | |
| 4 | By: /s/ John W. Crowley |
| 5 |       John W. Crowley |
|   | *Additional Counsel:* |
| 6 | |
| 7 | Richard Rosenberg (State Bar No. 067336) |
|   | Rosenberg Law Firm |
| 8 | 456 Montgomery Street, 17th Floor |
|   | San Francisco, CA 94104-1250 |
| 9 | Telephone: (415) 675-7100 |
|   | Facsimile: (415) 358-5823 |
| 10 | E-mail: rdr@rosenberglawfirm.com |
| 11 | Attorneys for Plaintiff |
|   | SAN FRANCISCO BAY AREA RAPID |
| 12 | TRANSIT DISTRICT |

### [~~PROPOSED~~] ORDER

~~PURSUANT TO STIPULATION, IT IS SO ORDERED.~~

The parties request for a continuance is DENIED. They shall appear on September 17, 2010 at 1:30 p.m.

DATED: September 16, 2010                /s/ Jeffrey S. White
                                          Hon. Jeffrey S. White
                                          United States District Court Judge

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER
CONTINUING STATUS CONFERENCE -
Case No. C-06-03749 JSW                - 3 -                18972\2371305.1