James A. Bruen (State Bar No. 43880)
Charles M. Sink (State Bar No. 078168)
Thomas B. Mayhew (State Bar No. 183539)
Carl E. Switzer (State Bar No. 211858)
Arjun Agarwal (State Bar No. 233576)
FARELLA BRAUN + MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
E-mail: jbruen@fbm.com
E-mail: csink@fbm.com
E-mail: tmayhew@fbm.com
E-mail: cswitzer@fbm.com
E-mail: aagarwal@fbm.com

*Additional Counsel on Signature Page*

Attorneys for Defendant and Counterclaimant
GE TRANSPORTATION SYSTEMS GLOBAL SIGNALING, LLC

John W. Crowley (State Bar No. 039041)
Robert B. Stringer (State Bar No. 056148)
CROWLEY, STRINGER & FENSKE LLP
456 Montgomery Street - 17th Floor
San Francisco, California 94104-1250
Telephone: (415) 989-1100
Facsimile: (415) 421-6651
E-mail: jcrowley@crowleysf.com
E-mail: bstringer@crowleysf.com

*Additional Counsel on Signature Page*

Attorneys for Plaintiff and Counterdefendant
SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT,<br><br>Plaintiff,<br><br>vs.<br><br>GE TRANSPORTATION SYSTEMS GLOBAL SIGNALING, LLC,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIM. | Case No. C 06 3749 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER FOR CONDITIONAL DISMISSAL**<br><br>Complaint Filed: June 13, 2006<br>Trial Date: None (vacated) |

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER FOR
CONDITIONAL DISMISSAL-
Case No. C-06-03749 JSW

18972\2375174.2

On August 13, 2010, the parties informed the Court that they had reached settlement of the captioned action following mediation. The parties have since been working diligently and in good faith to memorialize the settlement.

At a September 17, 2010 status conference, the Court proposed that the parties stipulate to a conditional dismissal of this action pending finalization of the settlement documents. The parties accordingly stipulate to the dismissal of this action upon the condition that the parties advise the Court in writing if, for any reason, the parties cannot finalize the settlement documents. Upon receipt of such notice, this conditional dismissal shall be deemed null and void and the action will be restored to the Court's calendar for such further orders as the Court deems appropriate.

DATED: September 24, 2010

FARELLA BRAUN + MARTEL, LLP

By: _____
Arjun Agarwal

*Additional Counsel:*

Ned N. Isokawa (State Bar No. 066287)
Paul, Hastings, Janofsky & Walker LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA 94105
Telephone: (415) 856-7000
Facsimile: (415) 856-7100
E-mail: nedisokawa@paulhastings.com

Attorneys for Defendant
GE TRANSPORTATION SYSTEMS GLOBAL SIGNALING, LLC

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER FOR CONDITIONAL DISMISSAL – Case No. C-06-03749 JSW

- 2 -

18972\2375174.2

1  DATED: September 2, 2010                    CROWLEY, STRINGER & FENSKE LLP
2
3
4                                                    By: _____
                                                         John W. Crowley
5
                                                     *Additional Counsel:*
6
                                                     Richard Rosenberg (State Bar No. 067336)
7                                                    Rosenberg Law Firm
                                                     456 Montgomery Street, 17th Floor
8                                                    San Francisco, CA 94104-1250
                                                     Telephone: (415) 675-7100
9                                                    Facsimile: (415) 358-5823
                                                     E-mail: rdr@rosenberglawfirm.com
10
                                                     Attorneys for Plaintiff
11                                                   SAN FRANCISCO BAY AREA RAPID
                                                     TRANSIT DISTRICT
12
13                                        [PROPOSED] ORDER
14            PURSUANT TO STIPULATION, IT IS SO ORDERED.
15
16   DATED:  September 28, 2010                      _____
                                                     Hon. Jeffrey S. White
17                                                   United States District Court Judge
18

STIPULATION AND [PROPOSED] ORDER FOR
CONDITIONAL DISMISSAL – Case No. C-06-                - 3 -
03749 JSW                                                                        18972\2375174.2