1  John W. Crowley (State Bar No. 039041)
   Robert B. Stringer (State Bar No. 056148)
2  CROWLEY, STRINGER & FENSKE LLP
   456 Montgomery Street, 17th Floor
3  San Francisco, CA 94104-1250
   Telephone: (415) 989-1100
4  Facsimile: (415) 421-6651
   E-mail: jcrowley@crowleysf.com
5  E-mail: bstringer@crowleysf.com

6  *Additional Counsel on Signature Page*

7  Attorneys for Plaintiff
   SAN FRANCISCO BAY AREA RAPID
8  TRANSIT DISTRICT

9  James A. Bruen (State Bar No. 43880)
   Thomas B. Mayhew (State Bar No. 183539)
10 Carl E. Switzer (State Bar No. 211858)
   Arjun Agarwal (State Bar No. 233576)
11 FARELLA BRAUN + MARTEL LLP
   235 Montgomery Street, 17th Floor
12 San Francisco, CA 94104
   Telephone: (415) 954-4400
13 Facsimile: (415) 954-4480
   E-mail: jbruen@fbm.com
14 E-mail: tmayhew@fbm.com
   E-mail: cswitzer@fbm.com
15 E-mail: aagarwal@fbm.com

16 *Additional Counsel on Signature Page*

17 Attorneys for /Defendant
   GE TRANSPORTATION SYSTEMS GLOBAL
18 SIGNALLING, LLC

19

20                    UNITED STATES DISTRICT COURT

21                   NORTHERN DISTRICT OF CALIFORNIA

22 SAN FRANCISCO BAY AREA RAPID      ) CASE NO. CV-06-03749 JSW
   TRANSIT DISTRICT,                 )
                                     )
23              Plaintiff,           ) **JOINT STIPULATION AND
                                     ) [PROPOSED] ORDER DISMISSING THE
24 vs.                               ) THIRD AMENDED COMPLAINT**
                                     ) [F.R.Civ.P. 41(a)]
25                                   )
   GE TRANSPORTATION SYSTEMS         ) Judge: Hon. Jeffrey S. White
26 GLOBAL SIGNALING, LLC             )
                                     ) Complaint Filed: June 13, 2006
27              Defendant.           ) Trial Date:      N/A
                                     )
28 _____  )

---

JOINT STIPULATION AND [PROPOSED] ORDER DISMISSING THE THIRD AMENDED COMPLAINT
CASE NO. CV-06-03749 JSW

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT ("BART") and Defendant GE TRANSPORTATION SYSTEMS GLOBAL SIGNALING, LLC ("GETS") hereby stipulate that:

1. The Court may dismiss with prejudice plaintiff BART's Third Amended Complaint; and

2. Plaintiff BART and Defendant GETS waive all rights they may have to claim costs based on the dismissal.

DATED: December 21, 2010

CROWLEY, STRINGER & FENSKE LLP

By: /s/ John W. Crowley

*Additional Counsel:*

Richard D. Rosenberg (State Bar No. 067336)
Rosenberg Law Firm
456 Montgomery Street, 17th Floor
San Francisco, CA 94104-1250
Telephone: (415) 675-7100
Facsimile: (415) 358-5823
E-mail: rdr@rosenberglawfirm.com

Attorneys for Plaintiff SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT

DATED: December 21, 2010

FARELLA BRAUN + MARTEL

By: /s/

*Additional Counsel:*

Ned N. Isokawa (State Bar No. 066287)
Paul, Hastings, Janofsky & Walker LLP
55 Second Street, 24th Floor
San Francisco, CA 94105
Telephone: (415) 856-7000
Facsimile: (415) 856-7100
E-mail: nedisokawa@paulhastings.com

Attorneys for Defendant GE TRANSPORTATION SYSTEMS GLOBAL SIGNALING, LLC

JOINT STIPULATION AND [PROPOSED] ORDER DISMISSING THE THIRD AMENDED COMPLAINT
CASE NO. CV-06-03749 JSW

[PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: __December 22, 2010__     _____
Hon. Jeffrey S. White
United States District Court Judge